IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOMINGO MUNOZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-10-3219 |
| | § | |
| BAC HOME LOANS SERVICING, LP, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The plaintiff, Domingo Munoz, has filed an emergency application for a temporary restraining order, asking this court to enjoin the Federal National Mortgage Association ("Fannie Mae") from taking any action to evict him from his home located at 74 West Spindle Tree Circle, The Woodlands, Texas 77382. The TRO application and the response reveal that Fannie Mae purchased the plaintiff's home at a foreclosure sale in July 2010 and then filed a forcible detainer action in a Montgomery County Justice of the Peace Court in October 2011. An eviction hearing is scheduled for November 16, 2011, in the state-court eviction case. After reviewing the plaintiff's TRO application, (Docket Entry No. 10), and the defendants' response, (Docket Entry No. 11), this court agrees with the defendants that the Anti-Injunction Act, 28 U.S.C. § 2283, precludes the injunctive relief sought by the plaintiff in this case. In addition, the record does not reveal a sufficient basis for the relief sought. The plaintiff's TRO application is denied.

SIGNED on November 15, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge